UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-21994-GAYLES/TORRES

JUANA TIMOTEA SALAZAR MORA,

    Plaintiff,

v.

MONICA A. VENEGAS

    Defendant.

_____/

**ORDER ON PLAINTIFF'S RENEWED MOTION
FOR APPOINTMENT OF PROCESS SERVER**

This cause comes before the Court on Plaintiff, Juana Timotea Salazar Mora's ("Ms. Mora") Renewed Motion for Appointment of a Process Server. [D.E. 65].[1] Specifically, Ms. Mora moves for Speedy Process Service, LLC to be appointed as process server for Ms. Mora's writs of garnishment because of the "limited resources and time constrains of the U.S. Marshals Service." [D.E. 65 at 2].

Having found good cause to appoint a process server for Ms. Mora's writs of garnishment, the Motion is **GRANTED**. *See* Fed. R. Civ. P. 4.1 ("Process-other than a summons under Rule 4 or a subpoena under Rule 45-must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose."); *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008) (granting motion to appoint process server to serve a writ of

---

[1] On January 6, 2025, the Honorable Darrin P. Gayles referred all post-judgment matters to the Undersigned Magistrate Judge for disposition. [D.E. 63].

1

garnishment because the "Federal Rules ... permit the appointment of a special process server to deliver a writ of garnishment" and "[t]herefore, th[e] Court authorize[d] any employee or agent of Countrywide Process Server, 12250 SW 132 Ct., Miami, Florida, who is otherwise legally permitted to effectuate service of process under applicable law, to serve the writ of garnishment on the garnishee"); *Sumner v. Garner*, No. 6:18-CV-40-ORL-28GJK, 2019 WL 6716193, at *1 (M.D. Fla. Dec. 9, 2019) (The Federal Rules ... allow appointment of a special process server to serve a writ of garnishment" and therefore "the request to appoint a special process server will be granted"); *Orso as Tr. to Bell v. Morey*, No. 8:21-MC-43-MSS-AEP, 2021 WL 2477474, at *1 (M.D. Fla. June 17, 2021) (same).

Accordingly, the Court authorizes any employee or agent of Speedy Process Server, LLC, who is otherwise legally permitted to effectuate service of process under applicable law, to serve Ms. Mora's writs of garnishment on the following garnishees: Azure Estates, LLC; Coconut Grove CY Owner, LLC; Douglas Elliman, Florida, LLC; M-1420 S. Miami Associates, CP, LLC; Mr. C Coconut Grove Condo, LLC; Mr. C Coconut Grove, LLC; and Mr. C Corporate Services, LLC.

**DONE and ORDERED** in Chambers in Miami, Florida this 9th day of January, 2025.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge