UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21994-GAYLES/TORRES

JUANA TIMOTEA SALAZAR MORA,

    Plaintiff,

v.

MONICA A. VENEGAS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Edwin G. Torres (the "Report"). [ECF No. 149]. On April 14, 2025, Plaintiff and Judgment Creditor Juana Timotea Salazar Mora ("Plaintiff" or "Judgment Creditor") filed an Unopposed Motion Resolving Allocation of Funds Relating to Writ of Garnishment Served Upon Douglas Elliman (the "Motion"). [ECF No. 137]. On April 15, 2025, Judge Torres issued his Report recommending the Motion be granted and attached a proposed Order modifying the terms of Judgment Creditor's Writ of Garnishment as to Douglass Elliman Florida, LLC. [ECF Nos. 149, 149-1]. No party objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Given that no party has objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Torres' conclusion that the Motion should be granted.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 149], is **ADOPTED** in full.

(2) Plaintiff's Motion is **GRANTED.**

(3) The Court shall separately issue an Order modifying the terms of Judgment Creditor's Writ of Garnishment as to Douglass Elliman Florida, LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of October, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE